UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN CHAMBERS,<br><br>        Plaintiff,<br><br>    v.<br><br>TD BANK, N.A.,<br><br>        Defendant. | Case No. 17-cv-05404-SK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable James Donato for consideration of whether the case is related to 17-cv-05109-JD.

**IT IS SO ORDERED.**

Dated: January 22, 2018

_____
SALLIE KIM
United States Magistrate Judge