Katherine E. Carlton Robinson, Esq.  (IN #31694-49)
  (admitted *Pro Hac Vice*)
Erik J. Jones, Esq. (IN #34657-53)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com
         ejones@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*(improperly identified as TransUnion Corp.)*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

*(improperly identified as TransUnion Corp.)*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RYAN CHAMBERS,<br>   Plaintiff,<br><br>  vs.<br><br>TRANSUNION CORP. and DOES 1 THROUGH 10, INCLUSIVE;<br>   Defendants. | CASE NO. 3:17-cv-05109-JD<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

  Plaintiff Ryan Chambers, by counsel, and Defendant Trans Union, LLC, improperly identified as TransUnion Corp. ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-05109-JD**

against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Date: 5/24/2018

Respectfully submitted,

*s/*
Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA  91367
Telephone:  (877) 206-4741
Fax:  (866) 633-0228
E-Mail:  tfriedman@toddflaw.com
          abacon@toddflaw.com

*Counsel for Plaintiff Ryan Chambers*

Date: 5/24/2018

*s/*  Erik J. Jones
Katherine E. Carlton Robinson, Esq.
  (IN #31694-49)
  (admitted *Pro Hac Vice*)
Erik J. Jones, Esq. (IN #34657-53)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com
          ejones@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC (improperly identified as TransUnion Corp.)*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC (improperly identified as TransUnion Corp.)*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-05109-JD**

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Ryan Chambers against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Ryan Chambers and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____

_____
JUDGE, United States District Court,
Eastern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Todd M. Friedman, Esq. tfriedman@toddflaw.com | Adrian R. Bacon, Esq. abacon@toddflaw.com |
| David J. Streza, Esq. dstreza@vmbllp.com | Katherine E. Carlton Robinson, Esq. krobinson@schuckitlaw.com |
| Erik J. Jones, Esq. ejones@schuckitlaw.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 3:17-CV-05109-JD**

CERTIFICATE OF SERVICE

Filed electronically on May 24, 2018, with:

United States District Court CM/ECF system

Notification sent electronically on May 24, 2018, to:

To the Honorable Court, all parties and their Counsel of Record


s/ Todd M. Friedman
Todd M. Friedman